IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## NOTICE OF AND INSTRUCTIONS FOR TELEPHONIC 341 EXAMINATIONS BY WALDEMAR J. WOJCIK, CHAPTER 7 TRUSTEE:

Until further notice, all Chapter 7 cases set for 341 examination from and after the date of filing hereof, shall be conducted by telephone conference in lieu of personal appearance.

The following procedures must be followed by all Debtors, Debtors' counsel, Creditors' counsel, and any creditors who may wish to participate:

1. Debtor's counsel must call me at the scheduled 341 exam date and time at the following telephone access number and immediately enter the following Access Code:

**Access Phone #: 1-888-390-6987**
**Participant Access Code: 9841263#**

2. Debtor must either be connected on counsel's line before the call is made to me or call in separately.

3. Each participant should identify himself/herself by name only and wait to be called. Since three examinations are set per ½ hour, you may hear an examination in progress when you call. Mute your phone while waiting for your case to be called.

**Notice to Creditors and Creditors' Counsel**:

To participate, Creditors or their Counsel MUST similarly call in on the same access phone number, enter the same Participant Access code, and adhere to the other instructions as above.

**Documents to Produce:**

As soon as possible before each 341 examination, counsel for each Debtor must email to Trustee legible copies of the following documents:

1. **Each Debtor's Driver's License or Photo ID and Social Security Card, or either a recent W-2, 1099 Form, or IRS tax transcript bearing the full Social Security Number of each Debtor; and**
2. **Signed page 6 of Petition; and**
3. **Signed Declaration of Electronic filing.**

/s/ Waldemar J. Wojcik

WALDEMAR J. WOJCIK (0021824)
Chapter 7 Trustee
526 Superior Avenue, Suite 211
Cleveland, Ohio 44114
Phone: (216) 241-2628
Fax: (216) 373-2392
Email: wwojcik@wojciklpa.com